MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 006281
KEVIN S. SMITH, ESQ.
Nevada Bar No. 7184
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, NV  89101
(702) 727-1400; FAX (702) 727-1401
michael.edwards@wilsonelser.com
kevin.smith@wilsonelser.com
Attorneys for Defendant Lorne Anderson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD EMANUELE, SR.,<br><br>Plaintiff,<br><br>v.<br><br>LORNE ANDERSON; DOES I through X;<br>CORPORATE DOES XI through XXI,<br><br>Defendants. | CASE NO:   2:12-cv-00204-KJD -PAL |

## NOTICE OF CHANGE OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST

TO:  CLERK OF THE COURT; and

TO:  ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant, LORNE ANDERSON, by and through its counsel of record, MICHAEL M. EDWARDS, ESQ. and KEVIN S. SMITH, ESQ. of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, hereby advises the Court and all other parties that counsel DALE K. KLEVEN formerly of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, is no longer attorney of record in this case.  Defendant request that Mr. Kleven be removed from the Court's electronic service list.

. . .

. . .

. . .

NOTICE IS HEREBY GIVEN that MICHAEL M. EDWARDS, ESQ. and KEVIN S. SMITH, ESQ. will continue as the attorneys of record on behalf of the law office of Wilson, Elser, Moskowitz, Edelman & Dicker, LLP for defendant LORNE ANDERSON. The firm name, address, telephone number, and fax number will remain the same.

DATED this 19th day of November, 2012.

*WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP*

_____
MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
KEVIN S. SMITH, ESQ.
Nevada Bar No. 7184
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, NV 89101
(702) 727-1400; FAX (702) 727-1401
Attorneys for Defendant Lorne Anderson

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED:**

1. The Clerk of Court shall remove Mr. Dale K. Kleven as counsel of record for Defendant Lorne Anderson.

2. Defendant Anderson will continue to be represented by Michael M. Edwards and Kevin S. Smith.

3. The Clerk of Court shall remove Mr. Kleven from the electronic service list in this case.

Dated this 26th day of November, 2012.

_____
Peggy A. Leen
United States Magistrate Judge

443155.1